# Exhibit B

Experian
NCAC
PO Box 9556
Allen TX 75013

March 15, 2009

Dear Experian,

Attached is a copy of my credit report from TransUnion. I had already received a free copy from your agency, but that was a while ago, so I decided to include a most recent copy from one of the other credit bureaus. I assume the information will be consistent between the three reports. I hope it doesn't present any problems as I am really trying hard to eventually restore my credit. This has been a long and difficult ride.

1ˢᵗ Item: Public Records. **Civil Court of the City - Docket #: CV07984207.**
This judgment was vacated and dismissed. Please see the included copy of the court document verifying this action. I would greatly appreciate you removing this item from my credit report, as soon as you make this verification.

2ⁿᵈ Item: Adverse Accounts:
  A. **Asset Acceptance LLC #**█████ I am disputing the validity of this collection action. I do not owe this debt. This is so frustrating; as I am positive ATT was paid off well before sending me to collections. And there it is on my credit report. Unfortunately, I cannot prove my payment in full, as it was so long ago.
  B. **WASHMTL/PROV #**█████ I have satisfied payment on this account. I may not be right, but I also understood that they intended to release my account of liability. If so, I would greatly appreciate you removing this item from my credit report or adjusting it to read account paid/satisfied. Included is a copy of the resolution of this account.

I appreciate your consideration in these matters.

Sincerely,

*(signature)*
Kerry Alan Skarbakka

Pittsburgh, PA
Ph
SSN#

**Civil Court of the City of New York**
County of __Kings__
Part

Index Number __29842/2007__
Motion Cal. # __5__   Motion Seq. # ____

Erin Capital Management LLC

Claimant(s)/Plaintiff(s)/Petitioner(s)

against

Korry Skarbakka

Defendant(s)/Respondent(s)

**DECISION/ORDER**

Recitation, as required by CPLR §2219 (a), of the papers considered in the review of this Motion:

| Papers | Numbered |
|---|---|
| Notice of Motion and Affidavits Annexed......... | |
| Order to Show Cause and Affidavits Annexed..... | 1-2 |
| Answering Affidavits .............................. | |
| Replying Affidavits................................ | |
| Exhibits ............................................. | |
| Other................................................. | |

Upon the foregoing cited papers, the Decision/Order on this Motion to __Vacate judgment and dismiss complaint__ is as follows:

Defendant's motion to vacate 10/1/07 judgment and dismiss the complaint is granted upon default, no appearance by plaintiff. Plaintiff is ordered to vacate all income executions and bank restraints and return all monies and assets collected in enforcement of the judgment.

10/2/08
Date

Judge, Civil Court
HON. RICHARD VELASQUEZ

CIV-GP-85 (Revised September, 1999)